PER CURIAM.
Affirmed. Liberty County v. Baxter’s Asphalt & Concrete, Inc., 421 So.2d 505, 507 (Fla.1982); City of Miami Beach v. State ex rel. Epicure, 148 Fla. 255, 4 So.2d 116, 117 (1941); Sandpiper Bay, Inc. v. LaChance, 384 So.2d 948 (Fla. 4th DCA 1980); State ex rel. Blatt v. Panelfab Int’l Corp., 314 So.2d 196 (Fla. 3d DCA 1975); State ex rel. Smith v. City of Margate, 155 So.2d 165, 167 (Fla. 2d DCA 1963).